IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHUKWUEMEKA IKEGWUONU,

    Petitioner,

    v.

                                   Case No. 17-cv-873-wmc

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America and against petitioner Chukwuemeka Ikegwuonu denying his petition under 28 U.S.C. § 2255.

| | |
|---|---|
|    s/V. Olmo, Deputy Clerk<br>Peter Oppeneer, Clerk of Court | 07/20/2020<br>Date |